In the Matter of the Arbitration between METROPOLITAN LUMBER DEALERS ASSOCIATES, INC., Respondent, and ANTHONY DUFFY, as Treasurer of Truck Drivers, Chauffeurs and Helpers Local No. 282, Affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Respondent. HYMAN FRIED, Appellant.— On this record we think the arbi-

trator is entitled to a reasonable fee of $750. Order unanimously modified accordingly and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.